HARRY L. DAURNHEIM, Respondent, v. ROANOKE CITY MILLS, INC., Appellant.— Order reversed, with ten dollars costs and disbursements. and motion granted, with ten dollars costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE ETHELIA REALTY COMPANY, Respondent, v. SIXINWON REALTY CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

FREDERICK K. RUPPRECHT, Appellant, v. CHARLES O. READ and Others, as Executors, etc., of FRANK A. SAYLES, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

BESSIE BLACKER, Respondent, v. MAX SATZ, Also Known as MALICH SATZ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Application of TOWNSEND PINKNEY, Respondent, for a Summary Order against LEAVITT J. HUNT and Others, Composing the Firm of HUNT, HILL & BETTS, Appellants, also Entitled " In the Matter of HUNT, HILL & BETTS, Attorneys." — Order reversed, with ten dollars costs and disbursements, and motion to confirm the report of the referee granted and the matter disposed of in accordance with the opinion of the referee, with ten dollars costs of motion and the expenses of the reference to the appellants. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Ancillary Administrator, etc., of FREDERICK WESCHE, Deceased, etc., Respondent, v. A. B. LEACH & Co., INC., Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HELEN MURRAY, Appellant, v. EDWARD J. MURRAY, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HARRIETT DeLONG, Respondent, v. JOHN A. DeLONG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

SOLOMON DOBLIN, Respondent, v. HUSQVARNA VAPENFABRIKS AKTIEBOLAG, a Corporation, and Another, Defendants, Impleaded with SEYMOUR MORK, as Receiver of R. P. HUSSEY AND COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HUSQVARNA VAPENFABRIKS AKTIEBOLAG, a Corporation, Plaintiff, v. R. P. HUSSEY AND COMPANY, INC., Defendant. SOLOMON DOBLIN, Respondent; SEYMOUR MORK, as Receiver of R. P. HUSSEY AND COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.